ORIGINAL


FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0450

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0450

JUSTIN WADE BROWN,

Petitioner,

v.

JIM SALMONSEN, Warden,
Montana State Prison,

Respondent.

ORDER

FILED

AUG - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Representing himself, Justin Wade Brown has filed a Petition for Writ of Habeas Corpus, stating that he is due 388 days from the April 1, 2023 arrest until the May 6, 2024 sentencing date and not the 198 days' credit for time served as noted in the written judgment from the Eighth Judicial District Court, Cascade County. He does not include attachments. Upon review, this Court observes that Brown had three other criminal sentences imposed in 2023, yet we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with other appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Justin Wade Brown personally.

DATED this 6th day of August, 2024.

_____
Justice